# Court of Appeals
# of the State of Georgia

ATLANTA,___August 04, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1426.  GREGORY W. CUPPETT v. STATE.

In 2014, Gregory W. Cuppett pled guilty to aggravated stalking, DUI, driving the wrong direction on a one-way street, and open container and was sentenced to ten years to serve 120 days with the balance probated.  In 2015, Cuppett's probation was revoked for the violation of a special condition of his probation and the commission of a misdemeanor offense.  In December of 2015, Cuppett filed several pro se motions related to the probation revocation.  The trial court denied the motions, and Cuppett filed his notice of appeal.  However, we lack jurisdiction.

Because the underlying subject matter of Cuppett's appeal is the revocation of his probation, he was required to file an application for discretionary appeal in order to obtain review of the order he challenges in this Court. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269 n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997).  His failure to do so deprives us of jurisdiction over this appeal.  Additionally, any appeal from Cuppett's underlying 2014 conviction is untimely.  To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
　　　　*Clerk's Office, Atlanta,* ____08/04/2016____
　　　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*